# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| LAFOREST CARMICHAEL, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:23-cv-01393-LSC-SGC |
| REOSHA BUTLER, *et al.*, | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on August 28, 2024, recommending the claims presented in this habeas petition, filed pursuant to 28 U.S.C. § 2254, be denied and dismissed, either as meritless or as unexhausted and procedurally defaulted. (Doc. 12). The magistrate judge further recommended denial of a certificate of appealability. (*Id.* at 20). The petitioner timely objected. (Doc. 15). However, the objections merely repeat arguments already presented in the original petition and in response to the state's answer. (*Compare* Doc. 15 *with* Docs. 1, 11). The report and recommendation addressed these arguments, and further discussion is not warranted. Accordingly, the petitioner's objections are **OVERRULED**.

After careful consideration of the entire record in this case, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. Consistent with that recommendation, the petitioner's claims will be denied and

dismissed with prejudice, either as meritless or as unexhausted and procedurally defaulted.  A certificate of appealability will be denied.

A separate order will be entered.

**DONE** and **ORDERED** on September 24, 2024.

_____
L. Scott Coogler
United States District Judge

160704